### In re Rose SERRANO and Julian Serrano.

#### No. 08–05–00065–CV.

Court of Appeals of Texas, El Paso.

Feb. 17, 2005.

Rehearing Overruled April 27, 2005.

Rosa Serrano, Santa Tererea, pro se.

Corey Haugland, James, Goldman & Haugland, P.C., El Paso, Stephen Porter, Addison, Clyde A. Pine Jr., Mounce, Green, Myers, Safi & Galatzan, Gregory C. Anderson, Anderson, Anderson, Bright & Crout, Patrick Fholer, El Paso, for Interested Parties.

Before BARAJAS, C.J., McCLURE, and CHEW, JJ.

### OPINION ON PETITION FOR WRIT OF MANDAMUS

DAVID WELLINGTON CHEW, Justice.

Relators, Rosa Serrano and Julian Serrano, asks this Court to issue a writ of

mandamus against the Honorable William E. Moody, Judge of the 34th District Court of El Paso County. Mandamus will lie only to correct a clear abuse of discretion. *Walker v. Packer*, 827 S.W.2d 833, 840 (Tex.1992)(orig. proceeding). Moreover, there must be no other adequate remedy at law. *Id.* Based on the record before us, we are unable to conclude that Respondent clearly abused his discretion or that Relators have no other adequate remedy. Accordingly, we deny mandamus relief. *See* TEX.R.APP. P. 52.8(a).